Reginald V. Duckett, Appellee, v. Chicago and West
Towns Railways, Inc. et al., Defendants.  Louise
Ghilardi, Appellant.

Gen. No. 41,337.

672

opinion filed December 30, 1940. Oplatka, Pavek & Oplatka and Golan & Golan, for appellant; Samuel L. Golan, of counsel; no appearance for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."